UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TEAMSTERS NATIONAL FREIGHT INDUSTRY NEGOTIATING COMMITTEE on behalf of TEAMSTERS LOCAL UNION NOS. 25, 251, 282, 401, 429, 443 and 597<br><br>    Plaintiff,<br><br>v.<br><br>PLYMOUTH ROCK TRANSPORTATION CORPORATION<br><br>    Defendant. | Civil Action No.  04-10954-NG |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT**

Pursuant to Local Rule 83.5.2(a), please enter the appearance of the following as counsel for defendant:

> John Foskett, BBO No. 175540
> Nancy J. Puleo, BBO No. 648457
> Deutsch Williams Brooks DeRensis & Holland, P.C.
> 99 Summer Street
> Boston, MA 02110-1213
> (617) 951-2300

> PLYMOUTH ROCK TRANSPORTATION CORP.
> By its attorneys,
>
> /s/ John Foskett
> _____
> John Foskett, BBO No. 175540
> Nancy J. Puleo, BBO No. 648457
> DEUTSCH WILLIAMS BROOKS
>   DERENSIS & HOLLAND, P.C.
> 99 Summer Street
> Boston, MA 02110-1213
> (617) 951-2300

Date:  July 15, 2004

## CERTIFICATE OF SERVICE

      I, John Foskett, certify that I understand that counsel of record will receive electronic notice of the electronic filing of this pleading.

                                    /s/ *John Foskett*
                                    John Foskett

DWLIB 162612v1
9999/01