UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TEAMSTERS NATIONAL FREIGHT INDUSTRY NEGOTIATING COMMITTEE on behalf of TEAMSTERS LOCAL UNION NOS. 25, 251, 282, 401, 429, 443 and 597 )<br><br>Plaintiff, )<br><br>v. )<br><br>PLYMOUTH ROCK TRANSPORTATION CORPORATION )<br><br>Defendant. ) | Civil Action No. 04-10954-NG |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO PLEAD OR RESPOND**

Pursuant to Fed. R. Civ. P. 6(b), defendant respectfully moves the court for an order enlarging the time within which it must plead or respond to the Complaint, from July 15, 2004 to and including August 5, 2004. The grounds for this motion are as follows:

1. Defendant's agent for service of process received a copy of the Complaint and Summons on June 25, 2004. Defendant has just engaged counsel to represent it in this action. The Complaint raises three claims which require investigation by counsel in order to determine the appropriate pleading or response. The enlargement sought herein is necessary to enable counsel to competently complete this process.

2. The enlargement sought herein will not cause any meaningful delay in resolution of this lawsuit, and is necessary to further the interests of justice.

## LOCAL RULE 7.1 CERTIFICATE

Counsel for defendant certifies that counsel have contacted the office of plaintiff's counsel of record Matthew Dwyer to discuss this motion, but have been informed that plaintiff's counsel is out of the country, cannot be reached, and has not authorized anyone else to grant the relief sought by the foregoing motion.

PLYMOUTH ROCK TRANSPORTATION CORP.
By its attorneys,

/s/ John Foskett
John Foskett, BBO No. 175540
Nancy J. Puleo, BBO No. 648457
DEUTSCH WILLIAMS BROOKS
  DERENSIS & HOLLAND, P.C.
99 Summer Street
Boston, MA 02110-1213
(617) 951-2300

Date: July 15, 2004

## CERTIFICATE OF SERVICE

I, John Foskett, certify that I understand that counsel of record will receive electronic notice of the electronic filing of this pleading.

/s/ John Foskett
John Foskett

DWLIB 162609v1
9999/01

2