UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TEAMSTERS NATIONAL FREIGHT INDUSTRY NEGOTIATING COMMITTEE On Behalf Of Teamsters Local Union Nos. 25, 251, 282, 401, 429, 443 AND 597<br><br>Plaintiff,<br><br>v.<br><br>PLYMOUTH ROCK TRANSPORTATION CORPORATION<br><br>Defendant. | Civil Action No. 04-10954-NG |

**STIPULATION ENLARGING DEFENDANT'S TIME TO PLEAD OR RESPOND TO AND INCLUDING AUGUST 5, 2004/MOOTING MOTION TO ENLARGE**

Pursuant to Fed. R. Civ. P. 6(a), the parties stipulate that the time within which defendant shall plead or respond with respect to the Complaint be enlarged to and including August 5, 2004. The parties further stipulate that, in light of the foregoing stipulation, defendants' motion for enlargement, filed and served on July 15, 2004, is rendered moot and need not be ruled on by the court.

| | |
|---|---|
| TEAMSTERS NATIONAL FREIGHT INDUSTRY NEGOTIATING COMMITTEE By their attorneys, | PLYMOUTH ROCK TRANSPORTATION CORP. By its attorneys, |
| /s/ *Matthew E. Dwyer* | /s/ *John Foskett* |
| Matthew E. Dwyer, BBO No. 139840 DWYER, DUDDY & FACKLAM, P.C. One Center Plaza, Suite 360 Boston, MA 02108 (617) 723-9777 | John Foskett, BBO No. 175540 Nancy J. Puleo, BBO No. 648457 DEUTSCH WILLIAMS BROOKS   DERENSIS & HOLLAND, P.C. 99 Summer Street Boston, MA 02110-1213 (617) 951-2300 |

Date: July 21, 2004

## CERTIFICATE OF SERVICE

      I, John Foskett, certify that I understand that counsel of record will receive electronic notice of the electronic filing of this pleading.

                                             /s/ John Foskett
                                             John Foskett

DWLIB 163137v1
8534/00