AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Teamsters National Freight Industry Negotiating Committee on behalf of Teamsters Local Union Nos. 25, 251, 282, 401, 429, 443 and 597

V.

Plymouth Rock Transportation Corporation

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**04-10954 NG**

TO: (Name and address of Defendant)

Plymouth Rock Transportation Corporation
95 Maple Street
Stoneham, Massachusetts 02180

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew E. Dwyer, Esq.
Dwyer, Duddy and Facklam, P.C.
One Center Plaza, Suite 360
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                           DATE  5-13-04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

C

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*

June 30, 2004

I hereby certify and return that on 6/23/2004 at 12:10PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner. To wit, by delivering in hand to patricia cort, agent, person in charge at the time of service for RONALD D. CORT, PRESIDENT, at PLYMOUTH ROCK TRANSPORTATION CORP, 568 WELLESLEY Road, WESTON, MA 02193. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($10.88) Total Charges $51.38

*Murray Zuk*
Deputy Sheriff

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                      Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.