UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TEAMSTERS NATIONAL FREIGHT )<br>INDUSTRY NEGOTIATING COMMITTEE )<br>On Behalf of Teamsters Local Union Nos. 25, )<br>251, 282, 401, 429, 443 AND 597 )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>PLYMOUTH ROCK TRANSPORTATION )<br>CORPORATION )<br> )<br>Defendant. )<br> )<br>_____) | Civil Action No. 04-10954-NG |

## NOTICE OF APPEARANCE

Please enter the appearance of Liam T. O'Connell and the law firm of Holland & Knight LLP as attorneys for Defendant, Plymouth Rock Transportation Corporation, in the above-captioned action.

Respectfully submitted,

PLYMOUTH ROCK TRANSPORTATION
CORPORATION

By its attorneys,

HOLLAND & KNIGHT LLP

*/s/ Liam T. O'Connell*
Liam T. O'Connell (BBO No. 558249)
10 St. James Avenue
Boston, MA 02116
(617) 305-2020

Date: September 28, 2004

# 2283423_v1