UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TEAMSTERS NATIONAL FREIGHT INDUSTRY NEGOTIATING COMMITTEE ON BEHALF OF TEAMSTERS LOCAL UNION NOS. 25, 251, 282, 401, 429, 443 AND 597<br><br>Plaintiff,<br><br>v.<br><br>PLYMOUTH ROCK TRANSPORTATION CORPORATION<br><br>Defendant. | Civil Action No. 04-10954-NG |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL FOR DEFENDANT

TO:   Clerk
United States District Court
1 Courthouse Way
Boston, MA  02210

Please withdraw the appearance of the following as counsel for defendant Plymouth Rock Transportation Corporation.

John Foskett, BBO No. 175540
DEUTSCH WILLIAMS BROOKS
 DeRENSIS & HOLLAND, P.C.
99 Summer Street
Boston, MA 02110-1213
(617) 951-2300

Other counsel has filed their appearance on behalf of defendant in this case.

PLYMOUTH ROCK TRANSPORTATION CORP.
By its attorneys,

_____
John Foskett, BBO No. 175540
DEUTSCH WILLIAMS BROOKS
DERENSIS & HOLLAND, P.C.
99 Summer Street
Boston, MA 02110-1213
(617) 951-2300

Date: April 20, 2005

DWLIB 179615v1
8534/00

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first-class mail/hand on this date

2