## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAY 12 ⊃ 2: 57

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| **TEAMSTERS NATIONAL FREIGHT INDUSTRY NEGOTIATING COMMITTEE on behalf of Teamsters Local Union Nos. 25, 251, 282, 401, 429, 443 and 597,** )))))| |
| Plaintiff, ) | **C.A. NO. 04- 10954-NG** |
| ) | |
| v. ) | |
| ) | |
| **PLYMOUTH ROCK TRANSPORTATION CORPORATION,** )) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEARANCE

Please enter my appearance in the above-referenced matter on behalf of the Plaintiff,

Teamsters National Freight Industry Negotiating Committee.

> Respectfully submitted,
> For the Plaintiff,
> **Teamsters National Freight Industry Negotiation Committee, On behalf of Teamsters Local Union Nos. 25, 251, 282, 401, 429, 443, and 597,**
> By their attorneys,
>
>
> Matthew E. Dwyer (BBO# 139840)
> Brian M. Maser (BBO# 655667)
> Dwyer, Duddy and Facklam
> Attorneys At Law, P.C.
> One Center Plaza, Suite 360
> Boston, MA 02108
> (617) 723-9777)

Dated: May 11, 2005
f:\office misc\plymouthrock\plds\bmm.noa.doc

## CERTIFICATE OF SERVICE

I, Brian M. Maser, do hereby certify that I have served a true and accurate copy of the foregoing document upon Liam T. O'Connell, Esquire, Holland & Knight, LLP, 10 St. James Avenue, Boston, MA 02116, via first class mail, this 11th day of May, 2005.

Brian M. Maser