UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TEAMSTERS NATIONAL FREIGHT INDUSTRY NEGOTIATING COMMITTEE on behalf of Teamsters Local Union Nos. 25, 251, 282, 401, 429, 443 and 597, <br><br> Plaintiff, <br><br> v. <br><br> PLYMOUTH ROCK TRANSPORTATION CORPORATION, <br><br> Defendant. | C.A. NO. 04-10954-NG |

## JOINT STATEMENT SUBMITTED PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1

Pursuant to Fed.R.Civ.P. 26(f), Local Rule 16.1 and this Court's Notice dated April 19, 2005, plaintiff Teamsters National Freight Industry Negotiating Committee and defendant Plymouth Rock Transportation Corporation submit this joint statement and proposed pre-trial schedule.

### I.  Agenda for Scheduling Conference

The parties propose that the agenda for the May 20, 2005, initial scheduling conference include discussion of the following:

    a.    Settlement; and

    b.    The parties proposed joint discovery plan.

As required under Fed.R.Civ.P 26(f) and Local 16.1(B), counsel conferred on May 11, 2005, to establish the proposed agenda and pre-trial schedule.

Case 1:04-cv-10954-NG    Document 11    Filed 05/12/2005    Page 2 of 6

## II. Joint Discovery Plan

A. **Initial Disclosure**

In accordance with Local Rule 26.2(a) and this Court's Order, the parties anticipate completing the disclosure of relevant documents and information as required by Fed.R.Civ.P 26(a)(1) on or before June 2, 2005.

B. **Fact Discovery Deadline**

The parties propose that all fact discovery, including depositions, be completed by December 2, 2005.

C. **Written Discovery Requests**

The parties propose that written discovery requests to a party may be served at any time after the scheduling conference, provided that the party serving such requests has first made the initial disclosures required by Local Rule 26.2(A). All written discovery requests, including requests to admit under Fed.R.Civ.P. 36, must be served so that responses are due no later than November 2, 2005.

D. **Depositions**

The parties propose that they may notice and take depositions at any time after the scheduling conference, providing that the party has first made initial disclosures required by Local Rule 26.2(A).

E. **Expert Disclosure and Discovery**

At this point, the parties do not anticipate the need for expert witnesses. Depositions of expert witnesses may be taken as provided in Fed.R.Civ.P. 26 before December 2, 2005.

## III. Filing of Motions

The parties propose that all amendments to pleadings and joinder of additional parties shall be served no later than September 2, 2005.

2

Case 1:04-cv-10954-NG    Document 11    Filed 05/12/2005    Page 4 of 6

The parties propose that any motions under Fed.R.Civ.P. 56 must be filed on or before February 2, 2006, and opposition papers to such motions shall be served no later than March 2, 2006. Reply memoranda, if any, will be filed by April 3, 2006.

### IV.    Proposed Conferences With Court and Final Pre-Trial Conference

The parties propose that the Court schedule a status conference in mid-October 2005. The parties also agree to the scheduling of a final pre-trial conference within forty-five (45) days of receipt of a decision of any pending dispositive motions, if dispositive motions are filed. Otherwise, the parties propose that the final pre-trial conference be scheduled in April 2006.

### V.    Trial by Magistrate Judge

The parties do not consent to trial by magistrate judge at this time.

### VI.    Compliance with Local Rule 16.1(D)(3)

Plaintiff's Local Rule 16.1(D)(3) certification will be filed at the scheduling conference.

Defendant's Local Rule 16.1(D)(3) certification will be filed at the scheduling conference.

Respectfully submitted,

For the Plaintiff,
**Teamsters National Freight Industry Negotiating Committee on behalf of Teamsters Local Union Nos. 25, 251, 282, 401, 429, 443, and 597,**
By its attorneys,

_____
Matthew E. Dwyer (BBO# 139840)
Brian M. Maser (BBO# 655667)
Dwyer, Duddy and Facklam
Attorneys At Law, P.C.
One Center Plaza, Suite 360
Boston, MA 02108
(617) 723-9777

Dated:    5 . 11 . 05
f:\office misc\plymouthrock\plds\joint.statement.doc

For the Defendant,
**Plymouth Rock Transportation Corporation,**

By its attorney,

_____
Liam T. O'Connell (BBO# 558249)
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
(617) 305-2020

3