# DWYER, DUDDY and FACKLAM
### ATTORNEYS AT LAW, P.C.
TWO CENTER PLAZA, SUITE 430
BOSTON, MASSACHUSETTS 02108-1804

MATTHEW E. DWYER
CHRISTINA C. DUDDY†
PAUL M. FACKLAM, JR.
KATHLEEN A. PENNINI
BRIAN M. MASER

†ALSO ADMITTED TO PRACTICE IN THE STATE OF MAINE

TEL 617-723-9777

FAX 617-227-8692

June 15, 2005

*Via Hand Delivery*

Maryellen Molloy, Courtroom Clerk
United States District Court
One Courthouse Way, Suite 4130
Boston, MA 02210

Re: **TNFINC v. Plymouth Rock Transportation Corporation**
United States District Court
C.A. No. 04-10954-NG

Dear Ms. Molloy:

Pursuant to the Court's Notice dated May 20, 2005, the undersigned hereby moves to lift the Stay Of Proceedings as the parties have not consummated a settlement in connection to the above-captioned action. I have notified counsel for the Defendant, Liam T. O'Connell, Esquire, of the service of this letter.

Thank you for your prompt attention to this matter.

Very truly yours,

Brian M. Maser

cc: Liam T. O'Connell, Esquire

/bmm
f:\office misc\plymouthrock\ltrs\06.15.05.usdc.stay.lifted.doc