UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TEAMSTERS NATIONAL FREIGHT INDUSTRY NEGOTIATING COMMITTEE on behalf of Teamsters Local Union Nos. 25, 251, 282, 401, 429, 443 and 597,<br><br>                      Plaintiff,<br><br>v.<br><br>PLYMOUTH ROCK TRANSPORTATION CORPORATION,<br><br>                      Defendant. | C.A. NO. 04-10954-NG |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The undersigned, Brian M. Maser, Esquire, hereby gives notice that he is withdrawing as counsel of record for the Plaintiff, Teamsters National Freight Industry Negotiating Committee, on the ground that he will no longer be associated with the law firm of Dwyer, Duddy and Facklam, P.C. after July 22, 2005. Matthew E. Dwyer, Esquire, will continue to represent the Plaintiff in this action.

                                              Respectfully submitted,
                                              For the Plaintiff,
                                              **Teamsters National Freight**
                                              **Industry Negotiation Committee,**
                                              On behalf of Teamsters Local Union
                                              Nos. 25, 251, 282, 401, 429, 443, and 597,
                                              By their attorneys,

                                              _/s/ B. W. M._
                                              Matthew E. Dwyer (BBO# 139840)
                                              Brian M. Maser (BBO# 655667)
                                              Dwyer, Duddy and Facklam
                                              Attorneys At Law, P.C.
                                              One Center Plaza, Suite 360
                                              Boston, MA 02108

Dated: July 12, 2005                            (617) 723-9777
f:\office misc\plymouthrock\plds\bmm.not.wd.app.doc

## CERTIFICATE OF SERVICE

I, Brian M. Maser, do hereby certify that I have served a true and accurate copy of the foregoing document upon Liam T. O'Connell, Esquire, Holland & Knight, LLP, 10 St. James Avenue, Boston, MA 02116, via first class mail, this 12th day of July, 2005.

_____
Brian M. Maser

2