UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TEAMSTERS NATIONAL FREIGHT INDUSTRY NEGOTIATING COMMITTEE on behalf of Teamsters Local Union Nos. 25, 251, 282, 401, 429, 443 and 597,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PLYMOUTH ROCK TRANSPORTATION CORPORATION,<br><br>　　　　　　　　　　Defendant. | C.A. NO. 04-10954-NG |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(i), the Plaintiff, Teamsters National Freight Industry Negotiating Committee, hereby dismisses the above-captioned action without prejudice.

　　　　　　　　　　　　　　　　　　　　　For the Plaintiff,
　　　　　　　　　　　　　　　　　　　　　**TEAMSTERS NATIONAL FREIGHT INDUSTRY NEGOTIATING COMMITTEE,**
　　　　　　　　　　　　　　　　　　　　　By its attorney,

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Matthew E. Dwyer, B.B.O. #139840
　　　　　　　　　　　　　　　　　　　　　Dwyer, Duddy & Facklam, P.C.
　　　　　　　　　　　　　　　　　　　　　Two Center Plaza, Suite 430
　　　　　　　　　　　　　　　　　　　　　Boston, MA  02108-1804
　　　　　　　　　　　　　　　　　　　　　(617) 723-9777

Dated: ___4/19/06___

## CERTIFICATE OF SERVICE

    I, Matthew E. Dwyer, do hereby certify that a true copy of the foregoing document, has been served upon:

Liam T. O'Connell, Esq.
Holland & Knight
10 St. James Avenue
Boston, MA 02116

by first class mail, postage prepaid, this \_\_\_\_\_ day of April, 2006.

                                                    Matthew E. Dwyer